# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>(212) 446-4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

October 13, 2016

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Fox News Network, LLC v. TVEyes, Inc.*, Nos. 15-3885(L), 15-3886(XAP)

Dear Ms. Wolfe:

I represent Plaintiff-Appellee-Cross Appellant Fox News Network, LLC in Case Nos. 15-3885(L) and 3886(XAP). Pursuant to Local Rule 34.1(a), I previously informed the Court that I am unavailable on the following dates: October 3–7, 10–11, 14, 17–20, 24–25, and 31; November 1, 4, 6–8, 10–11, 14–18, 21–25, and 28–29; December 5–6, 22–23, 26, and 29–30; and January: 2–3. I am now also unavailable January 5–6 due to an argument scheduled before the Court of Appeals for the Ninth Circuit in *Seal Shield, LLC v. Otter Products, LLC*, et al, No. 15-55388.

Thank you for your consideration.

Sincerely,

*[signature]*

Dale M. Cendali, P.C.

cc: All counsel of record (via CM/ECF)